Exhibit 1
(Part 1 of 4)

THE REGENTS OF THE UNIVERSITY OF CALIFORNIA through its Los Angeles campus (UCLA) is the owner of all rights, title and interest in and to the following Indicia, which includes trademarks, service marks, trade names, designs, logos, seals and symbols.

| UCLA | | Verbiage |
|---|---|---|
| Current Revision Date: 03/07/17 | | UCLA ® <br> University of California Los Angeles ® <br> UCLA Bruins ® <br> Bruins ™ <br> UCLA... Champions Made Here ® |
| **Established**: 1919 | **Location**: Los Angeles, CA | **Mascot**: Bruins |
| **Mascot Name**: Joe Bruin | **Conference**: Pac-12 | |

| UCLA Powderkeg Blue | UCLA Westwood Gold | Black | White |
|---|---|---|---|

**Primary Marks**

| 1 ucla | 2 UCLA | 3 UCLA | 4 UCLA | 5 UCLA |
|---|---|---|---|---|
| 6 UCLA | 7 UCLA | 8 UCLA | 9 UCLA | 10 UCLA |
| 11 Bruins | 12 Bruins | 13 Bruins | 14 Bruins | 15 Bruins |
| 16 BRUINS | 17 BRUINS | 18 BRUINS | 19 BRUINS | 20 BRUINS |
| 21 B | 22 B | 23 B | 24 B | 25 B |

**Additional Spirit Marks**

| 26 UCLA | 27 UCLA | 28 UCLA | 29 UCLA | 30 UCLA |
|---|---|---|---|---|
| 31 BRUINS | 32 BRUINS | 33 BRUINS | 34 BRUINS | 35 BRUINS |



THE REGENTS OF THE UNIVERSITY OF CALIFORNIA through its Los Angeles campus (UCLA) is the owner of all rights, title and interest in and to the following Indicia, which includes trademarks, service marks, trade names, designs, logos, seals and symbols.

 **UNIVERSITY OF CALIFORNIA LOS ANGELES (UCLA)**   DECEMBER 4, 2014 

| LOGO MARKS | | VERBIAGE | GENERAL INFORMATION |
|---|---|---|---|
|  | | UCLA ®<br>University of California Los Angeles ®<br>Bruins™<br>UCLA Bruins ®<br>UCLA...Champions Made Here™ | LOCATION:  ESTABLISHED DATE:<br>  LOS ANGELES, CA    1919<br>NICKNAME:  CONFERENCE:<br>  BRUINS    PAC-10<br>MASCOT:<br>  JOE BRUIN |
| | | WORD MARKS | |
| | |  | |

THE REGENTS OF THE UNIVERSITY OF CALIFORNIA through its Los Angeles campus (UCLA) is the owner of all rights, title and interest in and to the following Indicia, which includes trademarks, service marks, trade names, designs, logos, seals and symbols.

 

## UNIVERSITY OF CALIFORNIA LOS ANGELES (UCLA)

DECEMBER 4, 2014



| LOGO MARKS | | | |
|---|---|---|---|
| 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | |
| 16 | | 17 | |

| VERBIAGE | GENERAL INFORMATION |
|---|---|
| UCLA ® | LOCATION: LOS ANGELES, CA |
| University of California Los Angeles ® | ESTABLISHED DATE: 1919 |
| Bruins™ | NICKNAME: BRUINS |
| UCLA Bruins ® | CONFERENCE: PAC-10 |
| UCLA...Champions Made Here™ | MASCOT: JOE BRUIN |

| WORD MARKS | | |
|---|---|---|
| 18 | 19 | 20 |
| 21 | 22 | 23 |
| 24 | 25 | 26 |
| 27 | 28 | |



UNIVERSITY OF ALABAMA is the owner of all rights, title and interest in and to the following Indicia, which includes trademarks, service marks, trade names, designs, logos, seals and symbols.

| Alabama | | Verbiage | | |
|---|---|---|---|---|
| Current Revision Date: 09/26/16 | | The University of Alabama ® | Iron Bowl ™ | Tide ™ |
| | | Alabama ® | Denny Chimes ™ | A-Day ™ |
| | | Bama ® | Bryant-Denny Stadium ™ | |
| **Established**: 1831 | **Location**: Tuscaloosa, AL | **Mascot**: Crimson Tide | UA ™ | Coleman Coliseum ™ | |
| | | | Crimson Tide ® | Big Al ™ | |
| **Mascot Name**: Big Al | **Conference**: SEC | | Roll Tide ® | Crimson and White ™ | |
| | | | Rammer Jammer ™ | Where Legends Are Made ™ | |
| Crimson | Gray | Black | | White |







UNIVERSITY OF ALABAMA is the owner of all rights, title and interest in and to the following Indicia, which includes trademarks, service marks, trade names, designs, logos, seals and symbols.

 **University of Alabama** 

July 13, 2016

| General Information | | | Verbiage | | Football National Champions | | | |
|---|---|---|---|---|---|---|---|---|
| **Established**: 1831 | **Location**: Tuscaloosa, AL | **Nickname**: Crimson Tide | The University of Alabama ® <br> Alabama ® <br> Bama ® <br> U fo A ® <br> Crimson Tide ® | Roll Tide ® | 1925 <br> 1926 <br> 1930 <br> 1934 <br> 1941 | 1961 <br> 1964 <br> 1965 <br> 1973 <br> 1978 | 1979 <br> 1992 <br> 2009 <br> 2011 <br> 2012 | 2015 |
| **Mascot Name**: Big Al | **Conference**: SEC | | | | | | | |



ARIZONA STATE UNIVERSITY is the owner of all rights, title and interest in and to the following Indicia, which includes trademarks, service marks, trade names, designs, logos, seals and symbols.





ARIZONA STATE UNIVERSITY is the owner of all rights, title and interest in and to the following Indicia, which includes trademarks, service marks, trade names, designs, logos, seals and symbols.

 **ARIZONA STATE UNIVERSITY** NOVEMBER 5, 2014 



| VERBIAGE | | GENERAL INFORMATION | |
|---|---|---|---|
| Arizona State® | A New American University™ | LOCATION: TEMPE, AZ | ESTABLISHED DATE: 1885 |
| Arizona State University® | Go Devils™ | MASCOT: SUN DEVILS | CONFERENCE: PAC-12 |
| Sun Devils® | It's Time™ | | |
| ASU® | Fork 'Em™ | MASCOT NICKNAME: SPARKY | |
| Sun Devil Stadium™ | Fork 'Em Devils™ | | |
| Devils™ | Fear the Fork™ | | |



THE UNIVERSITY OF ARIZONA is the owner of all rights, title and interest in and to the following Indicia, which includes trademarks, service marks, trade names, designs, logos, seals and symbols.

PAGE 1
MAY 25, 2016

# THE UNIVERSITY OF ARIZONA WILDCATS®



## PRIMARY MARKS

Primary marks may not be reversed out on dark backgrounds. They may only be used in the ways shown below.
Primary and Secondary Marks may be used in fashion colors, but must adhere to the general guidelines provided by the Arizona Department of Trademarks and Licensing. For additional approved uses of the primary marks, please visit the Arizona Trademarks and Licensing Website at www.licensing.arizona.edu.



## SECONDARY MARKS | FOOTBALL HELMET

## BASKETBALL MARKS



## VERBIAGE

The University of Arizona ®   Cats ®
Arizona ®                      Bear Down ®
Wildcats™                      ZONAZOO ®
Arizona Wildcats ®             (special license type required)
Wildcat for Life™

When the words Arizona and Wildcats are stacked, Arizona requires a ® and Wildcats requires a TM.  When Arizona Wildcats is on one line, just a ® is needed after Wildcats.

## GENERAL INFORMATION

LOCATION:              ESTABLISHED DATE:     "BEAR DOWN ARIZONA"
  TUCSON, AZ             1885                Fight song is available and issued
MASCOT:                CONFERENCE:           through the Arizona Department of
  WILDCATS               PAC 12              Trademarks and Licensing
MASCOT NICKNAME:
  WILBUR, WILMA

## STATE MARKS



## STATE MARKS



## COLOR INFORMATION

| SCHOOL COLORS | PANTONE COLORS | THREAD COLORS |
|---|---|---|
| RED<br>BLUE<br>COPPER<br>WHITE | | |
| RED | BLUE | COPPER |

THE UNIVERSITY OF ARIZONA is the owner of all rights, title and interest in and to the following Indicia, which includes trademarks, service marks, trade names, designs, logos, seals and symbols.

PAGE 2
MAY 25, 2016

# THE UNIVERSITY OF ARIZONA WILDCATS®





| VERBIAGE | | GENERAL INFORMATION | | |
|---|---|---|---|---|
| The University of Arizona ® | Cats ® | LOCATION: TUCSON, AZ | ESTABLISHED DATE: 1885 | "BEAR DOWN ARIZONA" Fight song is available and issued through the Arizona Department of Trademarks and Licensing |
| Arizona ® | Bear Down ® | MASCOT: WILDCATS | CONFERENCE: PAC 12 | |
| Wildcats™ | ZONAZOO ® | MASCOT NICKNAME: WILBUR, WILMA | | |
| Arizona Wildcats ® | (special license type required) | | | |
| Wildcat for Life™ | | | | |

When the words Arizona and Wildcats are stacked, Arizona requires a ® and Wildcats requires a TM.  When Arizona Wildcats is on one line, just a ® is needed after Wildcats.





Marks 74-84 can be used without the Block A



| COLOR INFORMATION | | |
|---|---|---|
| SCHOOL COLORS | PANTONE COLORS | THREAD COLORS |
| RED<br>BLUE<br>COPPER<br>WHITE | | |
| RED | BLUE | COPPER |

THE UNIVERSITY OF ARIZONA is the owner of all rights, title and interest in and to the following Indicia, which includes trademarks, service marks, trade names, designs, logos, seals and symbols.

PAGE 3
MAY 25, 2016

# THE UNIVERSITY OF ARIZONA WILDCATS®



## BEAR DOWN MARKS



## VERBIAGE

The University of Arizona ®
Arizona ®
Wildcats ™
Arizona Wildcats ®
Wildcat for Life ™

Cats ®
Bear Down ®
ZONAZOO ®
(special license type required)

When the words Arizona and Wildcats are stacked, Arizona requires a ® and Wildcats requires a TM. When Arizona Wildcats is on one line, just a ® is needed after Wildcats.

## GENERAL INFORMATION

LOCATION: TUCSON, AZ
MASCOT: WILDCATS
MASCOT NICKNAME: WILBUR, WILMA

ESTABLISHED DATE: 1885
CONFERENCE: PAC 12

"BEAR DOWN ARIZONA" Fight song is available and issued through the Arizona Department of Trademarks and Licensing



## COLOR INFORMATION

| SCHOOL COLORS | PANTONE COLORS | THREAD COLORS |
|---|---|---|
| RED<br>BLUE<br>COPPER<br>WHITE | | |
| RED | BLUE | COPPER |

THE UNIVERSITY OF ARIZONA is the owner of all rights, title and interest in and to the following Indicia, which includes trademarks, service marks, trade names, designs, logos, seals and symbols.

PAGE 4
MAY 25, 2016

# THE UNIVERSITY OF ARIZONA WILDCATS®



The marks below have been held exclusive to the University of Arizona's sideline rightsholder until 2007. These marks may now be used by other licensees within the campus/local and mid tier better channels. These marks may not be used for distribution within the Mass channel..

## WORD MARKS

111 — ARIZONAWILDCATS®
112 — ARIZONAFOOTBALL™
113 — ARIZONABASKETBALL™
114 — ARIZONABASEBALL™
115 — ARIZONASWIMMING & DIVING™
116 — ARIZONAGOLF™
117 — ARIZONAGYMNASTICS™
118 — ARIZONACROSS COUNTRY™
119 — ARIZONAVOLLEYBALL™
120 — ARIZONASOCCER™
121 — ARIZONASOFTBALL™

### VERBIAGE

The University of Arizona ®
Arizona ®
Wildcats™
Arizona Wildcats ®
Wildcat for Life™
Cats ®
Bear Down ®
ZONAZOO ® (special license type required)

When the words Arizona and Wildcats are stacked, Arizona requires a ® and Wildcats requires a TM.  When Arizona Wildcats is on one line, just a ® is needed after Wildcats.

### GENERAL INFORMATION

LOCATION: TUCSON, AZ
MASCOT: WILDCATS
MASCOT NICKNAME: WILBUR, WILMA
ESTABLISHED DATE: 1885
CONFERENCE: PAC 12

"BEAR DOWN ARIZONA" Fight song is available and issued through the Arizona Department of Trademarks and Licensing

## WORD MARKS

122 — ARIZONAFOOTBALL™
123 — ARIZONABASKETBALL™
124 — ARIZONABASEBALL™
125 — ARIZONASWIMMING & DIVING™
126 — ARIZONAGOLF™
127 — ARIZONAGYMNASTICS™
128 — ARIZONACROSS COUNTRY™
129 — ARIZONAVOLLEYBALL™
128 — ARIZONASOCCER™
129 — ARIZONASOFTBALL™

## COLOR INFORMATION

| SCHOOL COLORS | PANTONE COLORS | THREAD COLORS |
|---|---|---|
| RED<br>BLUE<br>COPPER<br>WHITE | | |
| RED | BLUE | COPPER |

UNIVERSITY OF ARIZONA is the owner of all rights, title and interest in and to the following Indicia, which includes trademarks, service marks, trade names, designs, logos, seals and symbols.

College Vault

# UNIVERSITY OF ARIZONA

JULY 30, 2014

## LOGO MARKS

1 2 3 4 5

6 7 8 9 10

11 12 13 14 15

16 17 18 19 20

21 22 23 24 25 26

## VERBIAGE

The University of Arizona ®
Arizona ®Wildcats™
The U of A™

U of A™
UA™
Arizona Wildcats ®

Beardown ®
Cats ®

Men's Basketball National Champions: 1997
Baseball National Champions: 1976, 1980, 1986
Softball National Champions: 1991, 1993, 1994, 1996, 1997, 2001, 2006, 2007

When the words Arizona and Wildcats are stacked, Arizona requires a ® and Wildcats requires a TM. When Arizona Wildcats is on one line, just a ® is needed after Wildcats.

## GENERAL INFORMATION

LOCATION:
TUCSON, AZ
MASCOT:
WILDCATS
MASCOT NICKNAME:
WILBUR, WILMA

ESTABLISHED DATE:
1885
CONFERENCE:
PAC 12

"BEAR DOWN ARIZONA"
Flght song is available and issued through the Arizona Department of Trademarks and Licensing

## WORD MARKS

27 ARIZONA
28 ARIZONA
29 ARIZONA WILDCATS
30 BEAR DOWN
31 ARIZONA
32 WILDCATS
33 Cats
34 ZONA







AUBURN UNIVERSITY is the owner of all rights, title and interest in and to the following Indicia, which includes trademarks, service marks, trade names, designs, logos, seals and symbols.

 **AUBURN UNIVERSITY** 

MAY 10, 2016

| LOGO MARKS |
|---|
|  |

| VERBIAGE | | | GENERAL INFORMATION | |
|---|---|---|---|---|
| Auburn University ® | Jordan-Hare Stadium™ | API ® | LOCATION: AUBURN, AL | BATTLE CRY: WAR EAGLE! (Live icon is a Golden Eagle named Nova) |
| Auburn ® | Plainsman Park™ | Tiger Walk ® | MASCOT: TIGERS | ESTABLISHED DATE: 1856 |
| Auburn Tigers ® | Plainsmen™ | | MASCOT NICKNAME: AUBIE | CONFERENCE: SOUTHEASTERN CONFERENCE |
| War Eagle ® | The Plains™ | | | |
| Tigers™ | Alabama Polytechnic Institute ™ | | | |
| AU ® | Beard-Eaves Memorial Coliseum™ | | | |
| Aubie ® | East Alabama Male College™ | | | |
| Samford Hall™ | Agricultural and Mechanical College of Alabama™ | | | |

| WORD MARKS |
|---|
|  |
|  |

BOISE STATE UNIVERSITY is the owner of all rights, title and interest in and to the following Indicia, which includes trademarks, service marks, trade names, designs, logos, seals and symbols.

**PAGE 1 — APRIL 1, 2013**

# BOISE STATE UNIVERSITY BRONCOS





**PRIMARY ATHLETICS MARK** (1, 2, 3) — May use either mark #2 or 3 on dark background.
**PRIMARY MARK - 1 COLOR** (4, 5, 6)
**SECONDARY MARK** (7, 8, 9) — May use either mark #8 or 9 on dark background.
**TERTIARY MARKS** (10, 11, 12, 13) — May use either mark #10 or 11 on dark background. Use on black product only. Use on white product only.



**VERBIAGE**
Boise State University™
Boise State™
Broncos™
Bronco Nation™
Blue Turf™
The Blue™

**GENERAL INFORMATION**
LOCATION: BOISE, ID
MASCOT: BRONCOS
MASCOT NICKNAME: BUSTER BRONCO
ESTABLISHED DATE: 1932
CONFERENCE: MOUNTAIN WEST CONFERENCE (PAC-12) - WRESTLING

**WORDMARK** (14, 15, 16, 17, 18, 19, 20)
**WORDMARK** (21, 22, 23, 24, 25, 26, 27)
**HELMET MARKS** (28, 29)   **MASCOT MARK** (30)

**COLOR INFORMATION**

| SCHOOL COLORS | PANTONE COLORS | THREAD COLORS |
|---|---|---|
| BLUE<br>ORANGE<br>LIGHT GRAY<br>DARK GRAY<br>WHITE | | |

| BLUE | ORANGE | LIGHT GRAY | DARK GRAY |
|---|---|---|---|





BOISE STATE UNIVERSITY is the owner of all rights, title and interest in and to the following Indicia, which includes trademarks, service marks, trade names, designs, logos, seals and symbols.

**BOISE STATE UNIVERSITY BRONCOS**

PAGE 2
APRIL 1, 2013

### "B" ACADEMIC MARK
Marks #31-36 may be used with the Athletic mark on retail merchandise only.

### PRIMARY ACADEMIC MARK

### VERBIAGE
Boise State University™
Boise State™
Broncos™
Bronco Nation™
Blue Turf™
The Blue™

### GENERAL INFORMATION
LOCATION: BOISE, ID
MASCOT: BRONCOS
MASCOT NICKNAME: BUSTER BRONCO
ESTABLISHED DATE: 1932
CONFERENCE: MOUNTAIN WEST CONFERENCE (PAC-12) - WRESTLING

### STACKED ACADEMIC MARK

### LEFT ALIGNED ACADEMIC MARK

### SCHOOL SEAL
The seal may also be reversed to white over colors from the official palette.

### COLOR INFORMATION

| SCHOOL COLORS | PANTONE COLORS | THREAD COLORS |
|---|---|---|
| BLUE ORANGE LIGHT GRAY DARK GRAY WHITE | | |

| BLUE | ORANGE | LIGHT GRAY | DARK GRAY |

BOISE STATE UNIVERSITY is the owner of all rights, title and interest in and to the following Indicia, which includes trademarks, service marks, trade names, designs, logos, seals and symbols.



UNIVERSITY OF CENTRAL FLORIDA is the owner of all rights, title and interest in and to the following Indicia, which includes trademarks, service marks, trade names, designs, logos, seals and symbols.

 **UNIVERSITY OF CENTRAL FLORIDA** 

NOVEMBER 30, 2012

| LOGO MARK | VERBIAGE | GENERAL INFORMATION |
|---|---|---|
|  | University of Central Florida ®<br>UCF ®<br>Knights™<br>UCF Knights™<br>University of Central Florida Knights™<br>Once a Knight, Always a Knight™ | LOCATION:  ORLANDO, FL<br>MASCOT:  KNIGHTS<br>MASCOT NICKNAME:  KNIGHTRO<br><br>ESTABLISHED DATE:  1963<br>CONFERENCE:  CONFERENCE USA |

