Exhibit 3

**EXHIBIT 3**

9teethings http://9teethings.com/
BestLookTee http://bestlooktee.com
Customstee http://customstee.com/
EmpireTee http://empiretee.net/
Exitees https://exitees.com/
Fabzily http://fabzily.com
Fanbuildz http://fanbuildz.com/
Fan Official http://fanofficial.com/
Fanspride http://fanspride.com/
Gamethreadz http://gamethreadz.com/
Gearfantastic http://gearfantastic.com
Gearlaunch  https://www.gearlaunch.com/
HuduTee http://hudutee.com
I Deserve That http://ideservethat.com/
LovelyShirt http://lovelyshirt.com/
Libertee http://libertee.com/
Mix Merch http://mixmerchandise.com/
Munstore http://munstore.com/
MZtees http://mztees.com
Pewtee http://pewtee.com/
Protees4u http://protees4u.com
SavvyTee http://savvytee.com/
Sportsfirestore http://sportfirestore.com
StoreFanatics http://storefanatics.net/
Swag&Gear http://swagandgear.com/
TeeAlpha http://teealpha.com
TeeBoba http://teeboba.com
Teecoolest http://teecoolest.com/
TeeDes http://teedes.com
Teefazily http://teefazily.com/
Teeholic http://teeholic.net
Teelat http://teelat.com/
Teemazing http://teemazing.co/
Teemani http://teemani.com
Teenava http://teenava.com
Teerio http://teerio.com/
Tees-talk http://tees-talk.com
Tees4Sports http://tees4sports.com/
Tees4urteam http://tees4urteam.com/
Teesbring http://teesbring.com
TeesCu http://teescu.com/
TeeSeason http://teeseason.com
TeeShiny http://teeshiny.com
Teesports http://teesports.net/

Teestylepro http://teestylepro.com/
Teeswin http://teeswin.com/
Teeu http://teeu.net/
Teezido http://teezido.com
Teezify http://teezify.com/
Trendstee http://trendstee.com
TrustShirt http://trustshirt.com/
TopUsaShirts http://topusashirts.com/
TopZara http://topzara.com
USACoolshirt http://usacoolshirt.com
VanikaTees http://vanikatees.com/
Zefans http://zefans.com/