| TO: **Mail Stop 8**<br>     **Director of the U.S. Patent & Trademark Office**<br>     **P.O. Box 1450**<br>     **Alexandria, VA  22313-1450** | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK** |
|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court NDCA on the following:
( ) Patents     or     ( ) Trademarks

| DOCKET NO:<br>17-cv-02280-DMR | DATE FILED:<br>October 6, 2017 | UNITED STATES DISCTRICT COURT<br>Ronald Dellums Federal Building<br>1301 Clay Street<br>Oakland, CA 94612 |
|---|---|---|

| PLAINTIFF:<br>The Regents of the University of California | DEFENDANT:<br>GearLaunch, Inc. |
|---|---|

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT OR<br>TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case, the following patent(s) have been included.

DATE INCLUDED        INCLUDED BY:
                     ( ) Amendment        ( ) Answer        ( ) Cross Bill        ( ) Other Pleading

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGEMENT:<br>SEE ATTACHED ORDER OF DISMISSAL |
|---|

*Susan Y. Soong*
Susan Y. Soong, Clerk

*V Kyono*
(by) Deputy Clerk, Valerie Kyono

Copy 1 – Upon initiation of action, mail this copy to Commissioner
Copy 2 – Upon filing document adding patent(s) mail this copy to Commissioner
Copy 3 – Upon termination of action, mail this copy to the Commissioner
Copy 4 – Case file copy